# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRINCIPE, MARJORIE J | § | Case No. 11-09903 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom 201,

United States Courthouse
57 North Ottawa Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2012        By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PRINCIPE, MARJORIE J § Case No. 11-09903
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 60,000.00 |
| and approved disbursements of | $ | 40,500.00 |
| leaving a balance on hand of[1] | $ | 19,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000002 | Preferred Capital Lending Inc | $ 26,754.05 | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| | Total to be paid to secured creditors | | | $ | 9,500.00 |
| | Remaining Balance | | | $ | 10,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 113.83 | $ 0.00 | $ 113.83 |
| Other: Randall F. Peters & Assocs. | $ 17,895.08 | $ 17,895.08 | $ 0.00 |
| Other: Randall F. Peters & Assocs. | $ 7,604.92 | $ 7,604.92 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,363.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $      4,636.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,817.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Robert Black | $ 5,645.72 | $ 0.00 | $ 198.57 |
| 000003 | Curtis M Karli | $ 20,000.00 | $ 0.00 | $ 703.43 |
| 000004 | Capital Recovery IV LLC | $ 9,710.66 | $ 0.00 | $ 341.53 |
| 000005 | Capital Recovery IV LLC | $ 5,307.96 | $ 0.00 | $ 186.69 |
| 000006 | Pesavento & Pesavento Ltd | $ 9,642.73 | $ 0.00 | $ 339.15 |
| 000007 | Us Dept Of Education | $ 33,276.44 | $ 0.00 | $ 1,170.37 |
| 000008 | Us Dept Of Education | $ 48,233.52 | $ 0.00 | $ 1,696.43 |

    Total to be paid to timely general unsecured creditors      $      4,636.17

    Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                               Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-09903-BWB
Marjorie J Principe                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: vwalker              Page 1 of 3              Date Rcvd: Jun 21, 2012
                             Form ID: pdf006            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2012.

```
db          #+Marjorie J Principe,    4383 Camelot Circle,    Naperville, IL 60564-3190
16938740      Associated Recovery Systems,    P.O.  Box  469046,    Escondido, CA 92046-9046
16938741     +Baron Coll,    155 Revere Dr,    Northbrook, IL 60062-1558
16938742     +Bnkunted Fsb,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
16938745    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16938746     +CBE Group,    131 Tower Park Drive,    Waterloo, IA 50701-9374
16938743     +Cab Serv,    90 Barney Dr,    Joliet, IL 60435-6402
16938747     +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
               Kansas City, MO 64195-0507
16938748     +Client Services Inc,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
16938749     +Curtis M Karli,    1116 Prescott #1A,    Roselle, IL 60172-3712
16938751      Educational Computer Systems,    181 Montour run Rd,    Coraopolis, PA 15108-9408
16938752     +Edward Hospital,    801 South Washington St,    Naperville, IL 60540-7499
16938755     +Giagnoria and  Robertelli Ltd,    130 S. Bloomingdale Rd,    P.O. box  726,
               Bloomingdale, IL 60108-0726
16938756     +Global Credit Collections,    300 International Drive,    #100,   Williamsville, NY 14221-5783
16938759     +Jay K Levy and Assoc,    155 Revere drive #2,    Northbrook, IL 60062-1558
16938760      Lake County Neurosurgery,    Dept 4663,    Carol Stream, IL 60122-4663
16938761     +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16938762     +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
16938763     +Merchants Credit Guide Co,    223 West  Jackson Blvd,    Chicago, IL 60606-6908
16938764     +Midwest  Heart Specialists,    1901 South Myers Rd. #350,    Oakbrook Terrace, IL 60181-5207
16938766     +Ncb Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
16938771      PNC Bank,    P.O.  Box  856177,    Louisville, KY 40285-6177
16938769     +Pesavento & Pesavento Ltd,    3401 South Harlem Avenue,    #200,   Berwyn, IL 60402-4523
16938770     +Pierce & Assoc,    1 North Dearborn 13th floor,    Chicago, IL 60602-4321
16938772     +Preferred Capital Lending Inc,    Amy Galvin Grogan Garelli,    Grogan Hesse & Hauert,
               340 W Butterfiled Road  Ste 2A,    Elmhurst, Il 60126-5042
16938773      Quest Diagnostics,    P.O.  Box  809403,    Chicago, IL 60680-9403
16938774      Receivable Performance Management,    20814 44th Avenue W,    Lynnwood, WA 98036
16938776      River Run HOA,    c/o Rowell Inc,    2587 Millennium Dr Suite H,    Elgin, IL 60124-5826
16938775     +River Run club,    4204 Clearwater Lane,    Naperville, IL 60564-6147
17569336      Robert Black,    c/o Giangorio & Roberteli Ltd,    P O Box 726,    Bloomingdale, IL 60108-0726
16938777     +Sentry  Credit Inc.,    2809 Grand Ave,    Everett, WA 98201-3417
16938779      Sunrise credit services,    P.O.  Box  9100,    Farmingdale, NY 11735-9100
16938780     +Transworld,    1375  East  Woodfield Rd,    Schaumburg, IL 60173-5423
16938782     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
16938750     +cutting Edge Lawn Care,    P.O.  box  500,    Plainfield, IL 60544-0500
16938778     +service master lawn Care,    P.O. Box 1101,    Batavia, IL 60510-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17640454      E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2012 02:05:53     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16938753     +E-mail/Text: bknotice@erccollections.com Jun 22 2012 00:37:23      Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16938754     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 02:56:14     Gemb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
16938757     +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 22 2012 00:34:35     Hilco Rec,    Attn: Bankruptcy,
               1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
16938767     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 22 2012 00:38:57
               NCO Financial Systems  Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2368
16938768      E-mail/Text: bankrup@nicor.com Jun 22 2012 00:30:22     Nicor Gas,    P.O.  Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16938758*    +Hilco Rec,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
16938781*    +Transworld,    1375  East  Woodfield Rd,    Schaumburg, IL 60173-5423
16938783*    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
16938744    ##+Cab Services Inc,    60 Barney Drive,    Joliet, IL 60435-6402
16938765    ##+Naperville Radiologists,    P.O.  box 70,    Hinsdale, IL 60522-0070
16938784     ##Wachovia,    P.O. Box 78846,    Phoenix, AZ 85062-8846
                                                                                   TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: vwalker              Page 2 of 3           Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: vwalker              Page 3 of 3              Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2012 at the address(es) listed below:

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com
        Ronald D Cummings     on behalf of Debtor Marjorie Principe bankruptcylawyer@sbcglobal.net
        Yanick  Polycarpe    on behalf of Creditor  BankUnited, FSB ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 4