UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PRINCIPE, MARJORIE J § Case No. 11-09903
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Peter N. Metrou, Trustee_____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marjorie J. Principe |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bnkunted Fsb 7815 Nw 148th St Miami Lakes, FL 33016 |  |  |  |  |  |
|  | Ncb Ne Er 4661 E Main St Columbus, OH 43213 |  |  |  |  |  |
|  | Pierce & Assoc 1 North Dearborn 13th floor Chicago, IL 60602 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PREFERRED CAPITAL LENDING INC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| RANDALL F. PETERS & ASSOCS. | | | | | |
| RANDALL F. PETERS & ASSOCS. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Recovery Systems P.O. Box 469046 Escondido, CA 92046-9046 | | | | | |
| | Baron Coll 155 Revere Dr Northbrook, IL 60062 | | | | | |
| | CBE Group 131 Tower Park Drive Waterloo, IA 50702 | | | | | |
| | Cab Serv 90 Barney Dr Joliet, IL 60435 | | | | | |
| | Cab Services Inc 60 Barney Drive Joliet, IL 60435 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Educational Computer Systems 181 Montour run Rd Coraopolis, PA 15108-9408 | | | | | |
| | Edward Hospital 801 South Washington St Naperville, IL 60540 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Gemb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | Global Credit Collections 300 International Drive #100 Williamsville, NY 14221 | | | | | |
| | Hilco Rec Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | Hilco Rec Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jay K Levy and Assoc 155 Revere drive #2 Northbrook, IL 60062 | | | | | |
| | Lake County Neurosurgery Dept 4663 Carol Stream, IL 60122-4663 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide Co 223 West Jackson Blvd Chicago, IL 60606 | | | | | |
| | Midwest Heart Specialists 1901 South Myers Rd. #350 Oakbrook Terrace, IL 60181 | | | | | |
| | NCO Financial Systems Inc. 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Naperville Radiologists P.O. box 70 Hinsdale, IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020 |  |  |  |  |  |
|  | Quest Diagnostics P.O. Box 809403 Chicago, IL 60680-9403 |  |  |  |  |  |
|  | Receivable Performance Management 20814 44th Avenue W Lynnwood, WA 98036 |  |  |  |  |  |
|  | River Run HOA c/o Rowell Inc 2587 Millennium Dr Suite H Elgin, IL 60124-5826 |  |  |  |  |  |
|  | River Run club 4204 Clearwater Lane Naperville, IL 60564 |  |  |  |  |  |
|  | Sentry Credit Inc. 2809 Grand Ave Everett, WA 98201 |  |  |  |  |  |
|  | Sunrise credit services P.O. Box 9100 Farmingdale, NY 11735-9100 |  |  |  |  |  |
|  | Transworld 1375 East Woodfield Rd Schaumburg, IL 60173 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Transworld 1375 East Woodfield Rd Schaumburg, IL 60173 |  |  |  |  |  |
|  | Wachovia P.O. Box 78846 Phoenix, AZ 85062-8846 |  |  |  |  |  |
|  | cutting Edge Lawn Care P.O. box 500 Plainfield, IL 60544 |  |  |  |  |  |
|  | service master lawn Care P.O. Box 1101 Batavia, IL 60510 |  |  |  |  |  |
| 000004 | CAPITAL RECOVERY IV LLC |  |  |  |  |  |
| 000005 | CAPITAL RECOVERY IV LLC |  |  |  |  |  |
| 000003 | CURTIS M KARLI |  |  |  |  |  |
| 000006 | PESAVENTO & PESAVENTO LTD |  |  |  |  |  |
| 000001 | ROBERT BLACK |  |  |  |  |  |
| 000007 | US DEPT OF EDUCATION |  |  |  |  |  |
| 000008 | US DEPT OF EDUCATION |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-09903 BWB Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PRINCIPE, MARJORIE J | | Date Filed (f) or Converted (c): | 03/10/11 (f) |
| | | | 341(a) Meeting Date: | 04/11/11 |
| For Period Ending: | 10/16/12 | | Claims Bar Date: | 10/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 4383 Camelot Circle, Naperville | 600,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. checking acct at PNC Bank | 10.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. misc furniture and appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. misc clothing | 400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. PI case against Pruden | Unknown | Unknown | | 60,000.00 | Unknown |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $602,410.00 | $0.00 | $60,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/11      Current Projected Date of Final Report (TFR): 12/15/12

LFORM1    Ver: 17.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-09903 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | PRINCIPE, MARJORIE J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6039  Checking Account |
| Taxpayer ID No: | *******7620 | | |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $  0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/27/12 | 5 | State Farm Fire & Casulaty Company<br>Great Lakes<br>JPMorgan Chase Bank, NA<br>Columbus, OH | | | 1142-000 | 25,000.00 | | 25,000.00 |
| 02/27/12 | 5 | First Specialty Insurance Company<br>5200 Metcalf<br>P.O. Box 2991<br>Overland Park, KS 66201 | | | 1142-000 | 35,000.00 | | 60,000.00 |
| 03/07/12 | 001001 | Randall F. Peters & Assocs.<br>177 N. State St., 3rd Floor<br>Chicago, IL 60601 | Court Order dated 2-24-2012<br>PI Attorney Fees & Expenses | | | | 25,500.00 | 34,500.00 |
| | | | Fees | 17,895.08 | 3210-600 | | | |
| | | | Expenses | 7,604.92 | 3220-610 | | | |
| 03/07/12 | 001002 | Marjorie J. Principe<br>1620 Lonsdale Ave., Unit 107<br>Naperville, IL 60540 | Debtor's PI Exemption | | 8100-000 | | 15,000.00 | 19,500.00 |
| 07/27/12 | 001003 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | | 5,363.83 | 14,136.17 |
| | | | Fees | 5,250.00 | 2100-000 | | | |
| | | | Expenses | 113.83 | 2200-000 | | | |
| 07/27/12 | 001004 | Preferred Capital Lending Inc<br>Amy Galvin Grogan Garelli<br>Grogan Hesse & Hauert<br>340 W Butterfiled Road Ste 2A<br>Elmhurst, Il 60126 | Claim 000002, Payment 100.00000% | | 4210-000 | | 9,500.00 | 4,636.17 |
| 07/27/12 | 001005 | Robert Black<br>c/o Giangorio & Roberteli Ltd | Claim 000001, Payment 3.51718% | | 7100-000 | | 198.57 | 4,437.60 |

Page Subtotals      60,000.00      55,562.40

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-09903 -BWB | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PRINCIPE, MARJORIE J | Bank Name: Congressional Bank |
| | Account Number / CD #: *******6039  Checking Account |
| Taxpayer ID No: *******7620 | |
| For Period Ending: 10/16/12 | Blanket Bond (per case limit):  $  0.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/27/12 | 001006 | P O Box 726<br>Bloomingdale, IL 60108-0726<br>Curtis M Karli<br>1116 Prescott #1A<br>Roselle, IL 60172 | Claim 000003, Payment 3.51715% | 7100-000 | | 703.43 | 3,734.17 |
| 07/27/12 | 001007 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 3.51706% | 7100-000 | | 341.53 | 3,392.64 |
| 07/27/12 | 001008 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.51717% | 7100-000 | | 186.69 | 3,205.95 |
| 07/27/12 | 001009 | Pesavento & Pesavento Ltd<br>3401 South Harlem Avenue<br>#200<br>Berwyn, IL 60402 | Claim 000006, Payment 3.51716% | 7100-000 | | 339.15 | 2,866.80 |
| 07/27/12 | 001010 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Claim 000007, Payment 3.51711% | 7100-000 | | 1,170.37 | 1,696.43 |
| 07/27/12 | 001011 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Claim 000008, Payment 3.51712% | 7100-000 | | 1,696.43 | 0.00 |

Page Subtotals            0.00            4,437.60

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-09903 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | PRINCIPE, MARJORIE J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6039 Checking Account |
| Taxpayer ID No: | *******7620 | | |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 60,000.00 | 60,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 60,000.00 | 60,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 60,000.00 | 45,000.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******6039 | | 60,000.00 | 45,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 60,000.00 | 45,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.00b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*